EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In Re:<br>    Comité para el Estudio de la<br>    Asignación de Abogados y Abogadas<br>    de Oficio | 2002 TSPR 130<br><br>157 DPR _____ |

Número del Caso: EM-2002-4

Fecha: 30/septiembre/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Comité para el Estudio                    Designación de la
de la Asignación de                       Presidenta y
Abogados y Abogadas                       sus miembros
de Oficio

RESOLUCION

San Juan, Puerto Rico, a 30 de septiembre de 2002

Durante los días 2 y 3 de mayo de 2002, se celebró en Puerto Rico la Vigésima Segunda Conferencia Judicial de Puerto Rico simultáneamente con el Primer Congreso de Acceso a la Justicia en Puerto Rico. Uno de los tópicos discutidos por el plenario de dicha Conferencia fue el Canon Primero del Código de Ética Profesional relativo a la obligación de los abogados impuéstale por el mismo de representación de oficio en los procedimientos de naturaleza penal en aquellas causas en que por razón de indigencia el acusado no pueda contratar representación profesional que le asista o que por motivo de conflicto, no pueda ser representado por la Sociedad para Asistencia Legal de Puerto Rico.

En junio de 1998, el Tribunal Supremo de Puerto Rico estableció un sistema de asignación de abogados y abogadas de oficio para tales procedimientos. Con dicho propósito se promulgó el Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal.

Transcurridos cuatro (4) años desde su implantación sin que la Rama Judicial haya efectuado una evaluación de la efectividad del sistema, existen muy pocos datos sobre las designaciones de oficio hechas en virtud del Reglamento.

Durante la referida sesión plenaria se comprobó la necesidad de una evaluación total de dicho sistema dentro del más breve término posible.

En virtud de ello este Tribunal resuelve crear un comité para estudiar la implantación del mencionado Reglamento para la Asignación de Abogados y Abogadas de Oficio, así como todo el aspecto relacionado con la representación legal de los indigentes en los procedimientos de naturaleza penal. Para ello dicho comité recopilará toda la información que sea pertinente a dicha evaluación, realizará un análisis de la misma y rendirá un informe a este Tribunal el cual contendrá los hallazgos resultantes de dicho estudio y evaluación, sus conclusiones y recomendaciones a los fines antes mencionados. El mismo estará compuesto de las siguientes personas:

1. Hon. Dolores Rodríguez de Oronoz, Presidenta
2. Lcdo. Luis F. Camacho Botet
3. Lcdo. Federico Rentas Rodríguez
4. Lcdo. Arturo Luis Dávila Toro
5. Hon. Carlos Rivera Martínez
6. Hon. Carlos A. Cabán García
7. Prof. Efrén Rivera Ramos
8. Hon. Lirio Bernal Sánchez
9. Lcdo. José A. Andréu Fuentes
10. Hon. Pedro G. Goyco Amador

Dicho Comité estará apoyado por la Oficina de Administración de los Tribunales y su Directora, quien queda facultada para contratar todo el personal técnico, administrativo y clerical necesario para el descargo de la encomienda.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Fuster Berlingeri y Rivera Pérez no intervinieron.

                    Patricia Otón Olivieri
                 Secretaria del Tribunal Supremo